916

No. 73–745. DiVarco et al. *v.* United States. C. A. 7th Cir. Certiorari denied.

No. 73–763. Hightower *v.* Indiana. Sup. Ct. Ind. Certiorari denied.

No. 73–764. Beth W. Corp. *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 73–768. Local Union No. 229, International Brotherhood of Teamsters, Chauffeurs, Warehousemen & Helpers of America *v.* Affiliated Food Distributors, Inc. C. A. 3d Cir. Certiorari denied.

No. 73–773. McNeill *v.* Fisher et al. Ct. App. D. C. Certiorari denied.

No. 73–780. Preux *v.* Immigration and Naturalization Service et al. C. A. 10th Cir. Certiorari denied.

No. 73–798. Francisco Enterprises, Inc. *v.* Kirby et al. C. A. 9th Cir. Certiorari denied.

No. 73–799. Bay Sound Transportation Co. et al. *v.* United States. C. A. 5th Cir. Certiorari denied.

No. 73–803. Leblanc *v.* Cardwell Manufacturing Co. C. A. 5th Cir. Certiorari denied.